464 A.2d 540

Commonwealth v. Evans, Appellant.

Submitted April 6, 1983. Joan A. Brown, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

464 A.2d 540

Commonwealth v. Faust, Appellant.

Petition for Allowance of Appeal
Granted May 24, 1984.

Argued March 2, 1983. Ronald David Ashby, for appellant; John A. Reilly, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.